FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2022

No. 04-22-00395-CR

Sean Dominic **MCCAULIFFE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR3471
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

On June 23, 2022, appellant filed his notice of appeal. On August 2, 2022, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record. On August 4, 2022, we ordered appellant to provide written proof to this court that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) appellant was entitled to appeal without paying the reporter's fee.

On August 15, 2022, appellant filed a written response and motion for extension of time to file the reporter's record. Appellant states that he tendered the fee to the court reporter on August 15, 2022, and requests a thirty-day extension to file the reporter's record. We GRANT appellant's motion.

We ORDER the court reporter to file the reporter's record on or before **September 21, 2022.**

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2022.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court